# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CITY OF MARIETTA,<br><br>    Plaintiff,<br><br>                v.<br><br>MALLINCKRODT ARD, LLC.,<br><br>    Defendant. | Civil Action No.<br>1:20-cv-00552-SDG |

## ORDER

On October 12, 2020, Defendant Mallinckrodt ARD, LLC filed Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings.[1] The notice states that Mallinckrodt plc and its affiliated debtors commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware, Case No. 20-12522. Defendant is a wholly-owned subsidiary of Mallinckrodt plc.[2] Accordingly, the notice asserts that the current action is subject to an automatic stay pursuant to 11 U.S.C. § 362(a).

The Court agrees and **STAYS** this action pending the outcome of the bankruptcy action. The Clerk of Court is directed to **ADMINISTRATIVELY**

---

[1]     ECF 48.

[2]     ECF 26, at 2.

**CLOSE** this action. Upon resolution of the bankruptcy proceedings, any party may move to lift the stay and reopen the case.

**SO ORDERED** this the 16th day of October 2020.

                                              Steven D. Grimberg
                                  United States District Court Judge